No. 17,522.

LESLIE M. JONES *v.* FRANCE C. BLOCKETER.
(285 P. [2d] 595)

Decided July 5, 1955.

Mr. CLARENCE W. BUTTON, for plaintiff in error.

Mr. JAMES B. RADETSKY, Mr. GERALD L. STAPP, Mr. BERNARD E. ENGLER, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.